**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ROGER FIDLER**                                                                                           **PLAINTIFF**

**V.**                                      **NO.  4:05-CV-01673 GTE**

**ZURICH AMERICAN INSURANCE
COMPANY and FIDELITY NATIONAL
FINANCIAL VOLUNTARY AD&D PLAN**                                **DEFENDANTS**

## ORDER OF DISMISSAL

The Court has been advised by counsel that this action has been settled.

IT IS THEREFORE ORDERED that this action be, and it is hereby, DISMISSED WITH PREJUDICE.  The Court retains complete jurisdiction for thirty days to vacate this order and to reopen this action if it is satisfactorily shown that the settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 21st day of August, 2006.

  /s/ Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE